

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| BARONS CREEK VINEYARDS LLC, | § | No. 08-25-00123-CV |
| Appellant, | § | Appeal from the |
| v. | § | 216th District Court |
| GILLESPIE CENTRAL APPRAISAL DISTRICT, | § | of Gillespie County, Texas |
| Appellee. | § | (TC# 23-17546) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution. We therefore dismiss the appeal for want of prosecution. We further order Appellant to pay all costs of this appeal and this decision to be certified below for observance.

IT IS SO ORDERED this 31st day of July 2025.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.